UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.

ANIBAL BONILLA

        Plaintiff,

v.

MJJ FOODS GROUP INC., a Florida corporation,
d/b/a McDonald's

        Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, MJJ FOODS GROUP INC. (hereinafter referred to as "MJJ" or "Defendant"), pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1446, hereby removes this action from the Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida to the United States District Court for the Middle District of Florida. In support of removal, Defendant states as follows:

1. Plaintiff, ANIBAL BONILLA, commenced this action on or about November 4, 2022, in the Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County Florida, Case No. 05-2022-ca-052657 (hereinafter referred to as the "State Court Action").

2. The Complaint raises the following claims against Defendant:

    Count I – sex/sexual orientation in violation of the Florida Civil Rights Act ("FCRA");

    Count II – hostile work environment in violation of FCRA;

    Count III - sex/sexual orientation in violation of Title VII; and

    Count IV – hostile work environment in violation of Title VII.

See Complaint attached hereto as **Exhibit A.**

Because Plaintiff is asserting two claims under Title VII, a federal statute, this action is subject to removal based on federal question jurisdiction pursuant to 28 U.S.C. § 1331.

3. Plaintiff's state law claims under the FCRA are also based on his employment with Defendant and arise out of the same conduct on which the federal claims are based. This Court should exercise its jurisdiction over the pendent state claim. Section 1441(c) provides that "[w]henever a separate and independent claim or cause of action within the jurisdiction conferred by section 1331 of this title is joined with one or more otherwise non-removable claims or causes of action, the entire case may be removed and the district court may determine all issues therein."

4. Defendant was served on January 18, 2023 with the Summons and Complaint in the State Court Action.

5. This Notice of Removal has been timely filed within thirty (30) days after service of process on Defendant as required by 28 U.S.C. § 1446(b).

6. The events alleged by Plaintiff giving rise to their claims occurred in Brevard County as alleged in Paragraph 9 of the Complaint. Thus, venue properly in the United States District Court for the Middle District of Florida. See 28 U.S.C. §§ 1441(a),(e) and 1446(a).

7. A copy of docket sheet (**Exhibit B**) and all filings in the State Court Action (**Exhibit C**) are attached hereto as pursuant to 28 U.S.C. § 1446(a).

8. Upon the filing of this Notice of Removal, Defendant will give written notice thereof to attorneys for Plaintiffs, and a copy of this Notice will be promptly filed with the Clerk of the Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida, as required under 28 U.S.C. § 1446(d). *See* **Exhibit D**.

9. The filing of this Notice of Removal does not constitute a waiver of any defenses which may be available to Defendant.

## MEMORANDUM OF LAW

This action is properly removable to federal court because Plaintiff's Complaint presents a federal question pursuant to 28 U.S.C. § 1331, inasmuch as Plaintiff alleges violations of Title VII. Therefore, removal is appropriate pursuant to 28 U.S.C. § 1441.

WHEREFORE, on the basis of the foregoing, Defendant, MJJ FOODS GROUP INC., respectfully requests that the Court take jurisdiction of this action and grant such other and further relief as the Court deems just and proper under the circumstances.

Respectfully submitted this _____ day of February, 2023.

/s/ *Elizabeth M. Rodriguez*
Elizabeth M. Rodriguez
Florida Bar No. 821690
Ford & Harrison, LLP
One S.E. 3rd Avenue, Suite 2130
Miami, Florida 33131
Telephone: (305) 808-2143
Facsimile: (305) 808-2101
erodriguez@fordharrison.com
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on this ___ day of February, 2023, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/*Elizabeth M. Rodriguez*

## **SERVICE LIST**

Peter M. Hoogerwoerd
Remer, Georges-Pierre & Hoogerwoerd, PLLC
2745 Ponce de Leon Blvd
Coral Gables, FL 33134
Telephone 305-416-5000
Facsimile:  305-416-5005
Email:  pmh@rgpattorneys.com
Counsel for Plaintiff
(via CM/ECF)

WSACTIVELLP:13798376.1